**Robert Bain BROUGHTON, Jr.; Celeste G. Broughton, Plaintiffs–Appellants,**

v.

**John N. McCLAIN, Jr.; Robert Galey; Wells Fargo & Company, Defendants–Appellees.**

No. 14–2187.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 12, 2014.

Decided: Dec. 16, 2014.

Robert B. Broughton, Jr., Celeste G. Broughton, Appellants Pro Se. William Sidney Aldridge, Nicholls & Crampton, PA, Raleigh, North Carolina; Debbie Weston Harden, Womble Carlyle Sandridge & Rice, PLLC, Charlotte, North Carolina, for Appellees.

Before MOTZ, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert D. Broughton, Jr. and Celeste G. Broughton appeal the district court's orders dismissing their complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Broughton v. McClain,* No. 5:13–cv–00454–H (E.D.N.C. July 22 & Sept. 29, 2014). We also deny the Appellants' motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*